IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Eisler, ) | No. CV05-2241-PHX-SRB |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Joe Arpaio, et al., ) | |
| Defendant. ) | |

Plaintiff, David Eisler, filed his Civil Rights Complaint on July 27, 2005. On September 30, 2005, this Court issued its screening order. This order advised Plaintiff that "At all times during the pendency of this action, Plaintiff shall immediately advise the court and the United States Marshal of any change of address and its effective date." On October 17, 2005, this order was returned by the Post Office with the notation "Return to Sender-Release." On November 3, 2005, the Magistrate Judge issued his order that Plaintiff show cause why this matter should not be dismissed for failure to comply with Court orders. On November 22, 2005, this order was also returned from the Post Office with the notation "Return to Sender No Longer in Custody." On December 15, 2005, the Magistrate Judge filed his Report and Recommendation recommending that this case be dismissed for Plaintiff's failure to comply with the Court's orders.

1    The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge .

IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.

IT IS FURTHER ORDERED dismissing this case.

IT IS FURTHER ORDERED directing the Clerk to enter judgment.

DATED this 17th day of January, 2006.

_Susan R. Bolton_
Susan R. Bolton
United States District Judge

- 2 -